FILED

APR 17 2019

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 18-90-BLG-SPW |
| vs. | ORDER |
| BERNARD LAFAYETTE MILES, | |
| Defendant. | |

For the reasons stated on the record, BERNARD LAFAYETTE MILES is

hereby released from the custody of the U.S. Marshal Service.

DATED this ___17th___ day of April, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1