IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD LAFAYETTE MILES,<br><br>Defendant. | CR 18-90-BLG-SPW<br><br>ORDER |

At the request of U.S. Probation,

IT IS HEREBY ORDERED that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Thursday, April 16, 2020 at 3:30 p.m., is **VACATED** and reset to commence on **Tuesday, April 7, 2020 at 1:30 p.m.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 18th day of March, 2020.

SUSAN P. WATTERS
United States District Judge

1