IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD LAFAYETTE MILES,<br><br>Defendant. | CR 18-90-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Thursday, June 24, 2021 at 10:30 a.m., is **VACATED** and reset to commence on **Friday, July 9, 2021 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, 2601 2nd Avenue North, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 27th day of May, 2021.

SUSAN P. WATTERS
United States District Judge

1